# EXHIBIT A

US00D866941S

(12) **United States Design Patent** (10) Patent No.: **US D866,941 S**
Kim (45) Date of Patent: ** Nov. 19, 2019

(54) **FOOTWEAR UPPER AND MIDSOLE**

(71) Applicant: **Deckers Outdoor Corporation**, Goleta, CA (US)

(72) Inventor: **Esther Kim**, Santa Barbara, CA (US)

(73) Assignee: **Deckers Outdoor Corporation**, Goleta, CA (US)

(**) Term: **15 Years**

(21) Appl. No.: **29/663,103**

(22) Filed: **Sep. 12, 2018**

(51) LOC (12) Cl. ............................................... **02-04**

(52) **U.S. Cl.**
USPC ............................................ **D2/969**; D2/919

(58) **Field of Classification Search**
USPC ......... D2/896–900, 916, 917, 918, 919, 946, D2/969, 972
CPC .. A43B 3/12; A43B 3/10; A43B 3/128; A43B 3/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D118,008 | S | * | 12/1939 | Berman | D2/919 |
| D130,268 | S | * | 11/1941 | Creed | D2/919 |
| D135,339 | S | * | 3/1943 | Hanson | D2/919 |
| D167,159 | S | * | 7/1952 | Ney | D2/919 |
| D374,550 | S | * | 10/1996 | Huang | D2/919 |
| D417,771 | S | * | 12/1999 | Blanco | D2/897 |
| D486,956 | S | * | 2/2004 | Williams | D2/919 |
| D558,433 | S | * | 1/2008 | Cagner | D2/919 |
| D581,143 | S | * | 11/2008 | Hubner | D2/919 |

OTHER PUBLICATIONS

Puma Drops New Monochrome Platform Sandals, Missbish, by Jana K. Hoffman, at https://missbish.com/puma-drops-new-monochrome-platform-sandals/ Apr. 2017.

* cited by examiner

*Primary Examiner* — Rashida C. Walshon
(74) *Attorney, Agent, or Firm* — Greer, Burns & Crain, Ltd.

(57) **CLAIM**

The ornamental design for a footwear upper and midsole, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a Footwear Upper and Midsole showing my new design;
FIG. **2** is a side elevational view thereof;
FIG. **3** is an opposite side elevational view thereof;
FIG. **4** is a front elevational view thereof;
FIG. **5** is a rear elevational view thereof;
FIG. **6** is a top plan view thereof; and,
FIG. **7** is a bottom plan view thereof.
The broken lines in FIGS. **1-7** represent portions of the footwear that form no part of the claimed design. The broken lines which define the bounds of the claimed design form no part thereof.

**1 Claim, 3 Drawing Sheets**





FIG. 1



FIG. 2

**U.S. Patent**      Nov. 19, 2019      Sheet 2 of 3      **US D866,941 S**



FIG. 3



FIG. 4                          FIG. 5



FIG. 6



FIG. 7