| | |
|---|---|
| 1 | **HUNTON ANDREWS KURTH LLP** |
| 2 | Susan Smith (SBN 224894) |
|   | ssmith@HuntonAK.com |
| 3 | 2200 Pennsylvania Avenue, NW |
|   | Washington, D.C. 20037-1701 |
| 4 | Telephone: 202 • 955 • 1500 |
|   | Facsimile: 202 • 778 • 2201 |
| 5 | Alexandrea H. Young (SBN 233950) |
| 6 | ayoung@HuntonAK.com |
|   | 550 South Hope Street, Suite 2000 |
| 7 | Los Angeles, California 90071-2627 |
|   | Telephone: 213 • 532 • 2000 |
| 8 | Facsimile: 213 • 532 • 2020 |
| 9 | Attorneys for Defendant |
|   | STEVEN MADDEN, LTD. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation, <br><br> Plaintiff, <br><br> v. <br><br> STEVEN MADDEN, LTD., a Delaware Corporation; and DOES 1-10, inclusive, <br><br> Defendant. | Case No. 2:20-cv-03670-FMO-JEM <br><br> Honorable Fernando M. Olguin <br><br> **DEFENDANT STEVEN MADDEN, LTD.'S CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1]** <br><br> Complaint Filed:   April 21, 2020 |

DEFENDANT STEVEN MADDEN, LTD.'S CORPORATE DISCLOSURE STATEMENT [F.R.C.P. 7.1]
CASE NO. 2:20-cv-03670-FMO-JEM

**TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1(a), Defendant Steven Madden, Ltd. states that BlackRock, Inc. owns 10% or more of Steven Madden, Ltd. stock and no other publicly held corporation owns 10% or more of Steven Madden Ltd. stock.

Dated:  June 22, 2020                    **HUNTON ANDREWS KURTH LLP**

By:  /s/ Susan Smith
Susan Smith
Attorneys for Defendant
STEVEN MADDEN, LTD.