| | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER<br>HUNTON ANDREWS KURTH LLP<br>Susan Smith (SBN 224894)<br>2200 Pennsylvania Avenue, N.W.<br>Washington, D.C.  20037-1701<br>(202) 955-1500<br><br>ATTORNEY(S) FOR: Defendant STEVEN MADDEN, LTD. | |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware corporation<br><br>Plaintiff(s),<br>v.<br>STEVEN MADDEN, LTD., a Delaware corporation, and DOES 1-10, inclusive<br>Defendant(s) | CASE NUMBER:<br>2:20-cv-03670-FMO-JEM<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   Defendant Steven Madden, Ltd.
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| **PARTY** | **CONNECTION / INTEREST** |
|---|---|
| DECKERS OUTDOOR CORPORATION | PLAINTIFF |
| STEVEN MADDEN, LTD. | DEFENDANT |
| BLACKROCK, INC. | SHAREHOLDER IN STEVEN MADDEN, LTD. |

| | |
|---|---|
| June 22, 2020<br>Date | /s/ Susan Smith<br>Signature<br>Susan Smith<br><br>Attorney of record for (or name of party appearing in pro per):<br><br>Defendant Steven Madden, Ltd. |

