| | |
|---|---|
| 1 | **HUNTON ANDREWS KURTH LLP** |
| 2 | Susan Smith (SBN 224894)<br>ssmith@HuntonAK.com |
| 3 | 2200 Pennsylvania Avenue, NW<br>Washington, D.C. 20037-1701 |
| 4 | Telephone: 202 • 955 • 1500<br>Facsimile: 202 • 778 • 2201 |
| 5 | Alexandrea H. Young (SBN 233950) |
| 6 | ayoung@HuntonAK.com<br>550 South Hope Street, Suite 2000 |
| 7 | Los Angeles, California 90071-2627<br>Telephone: 213 • 532 • 2000 |
| 8 | Facsimile: 213 • 532 • 2020 |
| 9 | Attorneys for Defendant<br>STEVEN MADDEN, LTD. |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DECKERS OUTDOOR CORPORATION, a Delaware Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>STEVEN MADDEN, LTD., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>    Defendant. | Case No. 2:20-cv-03670-FMO-JEM<br><br>Honorable Fernando M. Olguin<br><br>**NOTICE OF RELATED CASES [L.R. 83-1.3.1]**<br><br>Complaint Filed:  April 21, 2020<br>Trial Date:           September 14, 2021 |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFONRIA, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83-1.3.1, Defendant Steven Madden, Ltd. ("Steven Madden") has become aware of multiple civil cases filed in this District that call for determination of the same, or substantially related, or similar questions of law and fact, or for other reasons would entail substantial duplication of labor if continued to be heard by different judges.

Steven Madden is currently aware of eight other civil cases filed in this District by Plaintiff Deckers Outdoor Corporation ("Deckers"), all of which are related to the instant action because they share the same asserted patent (U.S. Patent No. D866,941) and the same asserted trade dress ("Fluff Yeah Trade Dress").  Indeed, all of the complaints are all nearly identical, and were all filed by the same counsel for Deckers. Thus, the invalidity issues will be the same and possibly certain non-infringement issues as well.  While the defendants in these various pending actions each have the right to a separate trial (pursuant to the Leahy-Smith America Invents Act, *see* 35 U.S.C. §299(b)), the cases should be consolidated for fact and expert discovery to conserve judicial resources and those of the parties.

The eight other civil cases filed by Deckers in this District are as follows:

| Defendant(s) | Case No. |
| --- | --- |
| Wal-Mart Stores, Inc. | 2:20-cv-09521 |
| Legend Footwear, Inc.; UrbanOG, Inc.; Shiekh Shoes, LLC | 2:20-cv-08632 |
| Fashion Marketing and Merchandising Group, Inc. | 2:20-cv-08635 |
| Lola & Soto Business Group, Inc.; Top Guy Int'l Trading LLC | 2:20-cv-07569 |
| Public Desire Limited | 2:20-cv-07573 |
| Fashion Nova, Inc.; J.P. Original Corp. | 2:20-cv-07565 |
| Lorlie Investment Grp, Corp.; Yoki Fashion Int'l LLC | 2:20-cv-07566 |

NOTICE OF RELATED CASES [L.R. 83-1.3.1]
CASE NO. 2:20-cv-03670-FMO-JEM

| Shoetopia, Inc.; Forever Link Int'l, Inc. | 2:20-cv-07575 |
|---|---|

Dated:  November 12, 2020        **HUNTON ANDREWS KURTH LLP**

                                      By:   /s/ Susan A. Smith
                                              Susan A. Smith
                                              Alexandrea H. Young
                                              Attorneys for Defendant
                                              STEVEN MADDEN, LTD.